**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

PIA HOLMES                                     CIVIL ACTION NO. 25-1751

VERSUS                                         JUDGE DONALD E. WALTER

SINIMA MUSIC                                   MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to make timely service as required by Federal Rule of Civil Procedure 4(m) and for failure to prosecute.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 20th day of March, 2026.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE